DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO ROPER,**
Appellant,

v.

**CAMILLE NEEDHAM,**
Appellee.

No. 4D2025-2921

[July 1, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren G. Burke, Judge; L.T. Case No. 502025DR006624XXXAMB.

Antonio Roper, West Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely-filed motion for rehearing.*